UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT WOODRUM, et al., | |
|---|---|
| Plaintiffs, | Case No. 21-cv-06076-PJH |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER REMANDING ACTION TO STATE COURT** |
| DA VID, | |
| Defendant. | Re: Dkt. No. 6 |

The court has reviewed Magistrate Judge Westmore's report and recommendation to remand the instant action to state court. Dkt. 6. Defendant failed to file any objections to the report. The court finds the report correct, well-reasoned, and thorough. Accordingly, the court remands this action to Marin County Superior Court.

**IT IS SO ORDERED.**

Dated: September 2, 2021

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge